[Cite as *State v. Mead*, 2021-Ohio-1107.]

# IN THE COURT OF APPEALS
# FIRST APPELLATE DISTRICT OF OHIO
# HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| STATE OF OHIO, | : | APPEAL NOS. C-190604 |
| | | C-190620 |
| Plainitff-Appellee, | : | C-190621 |
| | | C-190622 |
| vs. | | C-190623 |
| | : | C-190624 |
| SCOTT MEAD, | | C-190625 |
| | : | TRIAL NOS. 18CRB-5108 |
| Defendant-Appellant. | | C-19CRB-11671B |
| | : | C-18CRB-23990 |
| | | C-18CRB-23869 |
| | : | C-18CRB-23677 |
| | | C-18CRB-23374A |
| | : | C-18CRB-22922 |
| | : | *O P I N I O N.* |

Criminal Appeals From: Hamilton County Municipal Court

Judgments Appealed From Are: Affirmed

Date of Judgment Entry on Appeal: April 9, 2021

*Joseph T. Deters*, Hamilton County Prosecuting Attorney, and *Adam Tieger*, Assistant Prosecuting Attorney, for Plaintiff-Appellee State of Ohio, Hamilton County.

*Andrew W. Garth*, Interim City Solicitor, *William T. Horsley*, Chief Prosecuting Attorney, and *Susan M. Zurface*, Assistant Prosecuting Attorney, for Plaintiff-Appellee State of Ohio, City of Cincinnati.

*Raymond T. Faller*, Hamilton County Public Defender, and *Sarah E. Nelson*, Assistant Public Defender, for Defendant-Appellant.

**\*This case originally released on April 2, 2021, is being re-released today due to the Court through inadvertence listed the incorrect trial court numbers.**